671 A.2d 1043

IN THE MATTER OF RAYMOND A. BROWN, JR., AN ATTORNEY AT LAW.

March 6, 1996.

## ORDER

The Disciplinary Review Board having on January 10, 1996, filed with the Court its decision recommending that a letter of admonition be issued to **RAYMOND A. BROWN, JR.,** of **NEWARK,** who was admitted to the bar of this State in 1986, for failing to perform quarterly reconciliations of account records, in violation of *Rule* 1:21–6, and for using a signature stamp on trust account checks, in violation of *RPC* 1.15(d), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.